UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OTIS LEE BLANKS,

        Petitioner,

vs.                              Case No.  2:99-cv-272-FtM-29DNF
                                                      2:97-cr-45-FtM-29DNF

UNITED STATES OF AMERICA,

        Respondent.
_____/

**ORDER**

     This matter comes before the Court on Motion to Amend Section 2255 Federal Rules of Civil Procedure 15(a), (b) and (c) (Doc. #94), filed on June 22, 2005.

     Petitioner seeks to amend or supplement a 28 U.S.C. § 2255 petition filed on May 20, 1999.  In an Order (Doc. #4 in civil case, Doc. #76 in criminal case) dated October 29, 1999, the assigned district judge denied the petition.  While no judgment was filed as a separate document, Fed. R. Civ. P. 58(b)(2)(B) deems that a judgment is filed when 150 days has elapsed since the order was filed.  Since the applicable amendments to Rule 58 became effective on December 1, 2002, the Order is deemed to have been filed as a judgment no later than 150 days after December 1, 2002. The current motion was therefore filed over two years after

judgment in this case. Since judgment was entered and the case closed, there is nothing for petitioner to amend or supplement. Even if the Court were to construe the motion as a second § 2255 petition, the Court would have no jurisdiction to entertain such petition without petitioner receiving authorization from the Eleventh Circuit Court of Appeals. See 28 U.S.C. §§ 2244, 2255. The Court further finds that, construed liberally, there is no other legally available basis for the Court to consider petitioner's motion.

Accordingly, it is now

**ORDERED**:

The Motion to Amend Section 2255 Federal Rules of Civil Procedure 15(a), (b) and (c) (Doc. #94) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of June, 2005.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Otis Lee Blanks
Counsel of record